**Dismissed and Opinion Filed July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00870-CR
### No. 05-15-00871-CR
### No. 05-15-00872-CR

### ARTIS GRANVILLE, Appellant
### V.
### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F96-43459-R, F96-19274-R, F97-45891-R

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

Artis Granville filed pro se notices of appeal on July 20, 2015 referencing convictions from 1996 and 1997. Appellant's notices of appeal do not state any new appealable orders have been entered in these cases. The July 20, 2015 notices of appeal are untimely as to the 1996 and 1997 sentencing dates. *See* TEX. R. APP. P. 26.2(a)(1) (notice of appeal due within thirty days of date sentence imposed or suspended in open court). We dismiss the appeals for want of jurisdiction.

Do Not Publish
TEX. R. APP. P. 47
150570F.U05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ARTIS GRANVILLE, Appellant

No. 05-15-00870-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F96-43459-R.
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered July 29, 2015.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ARTIS GRANVILLE, Appellant

No. 05-15-00871-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F96-19274-R.
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered July 29, 2015.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ARTIS GRANVILLE, Appellant

No. 05-15-00872-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F97-45891-R.
Opinion delivered by Justice Bridges, Justices Lang and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered July 29, 2015.